THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 David Michael
 Burress, Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Memorandum Opinion No. 2011-MO-029
 Submitted October 19, 2011  Filed October
24, 2011   

DISMISSED AS IMPROVIDENTLY GRANTED

 

 
 
 
 Appellate Defender LaNelle C. DuRant, of South
 Carolina Commission on Indigent Defense, of Columbia, for Petitioner,
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Karen Ratigan, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the circuit court's denial of post-conviction relief for Petitioner.  We now
 dismiss the writ as improvidently granted.

TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.